SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6488
   Fax: (415) 436-7234

Attorneys for the United States

FILED
SEP 06 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

3 07 70524

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. |
| Plaintiff, | |
| v. | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| CAROL A. FRAZIER, | |
| Defendant. | |

EDL

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on September 5, 2007, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an indictment (copy attached) pending in the District of Nebraska, Case Number <u>CR 02-00049 JFB</u>. In that case, the defendant is charged with violations of Title 21, United States Code, Sections 841(a)(1) and (b)(1), possession with intent to distribute 50 grams of methamphetamine, its salts, isomers, and salts of its isomers.

Respectfully Submitted,

SCOTT N. SCHOOLS
United States Attorney

Date: **9/6/07**

DEREK R. OWENS
Assistant United States Attorney

09/05/2007 11:00 14154367669    US MARSHALS SF            PAGE 03/04
09/05/2007 10:00 4154367621     SF ENFORCEMENT            PAGE 02/03

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

FOR THE DISTRICT OF NEBRASKA    637096
05-47-0222-0331-S

UNITED STATES OF AMERICA
V.

CAROL A. FRAZIER and
LOUIS A. CRITCHLOW

**WARRANT FOR ARREST**

CASE NUMBER: 8:02CR- 49

To: The United States Marshal
and any Authorized United States Officer

16:03 FEB 21 '02 USMSNE

YOU ARE HEREBY COMMANDED to arrest    CAROL A. FRAZIER
                                              Name

and bring him forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense)

- Possession with intent to distribute methamphetamine

in violation of Title    21    United States Code, Section(s) 841

GARY D. McFARLAND                    CLERK OF COURT
Name of Issuing Officer              Title of Issuing Officer

                                     FEB 21 2002
_____                   Omaha, NE
Signature of Issuing Officer         Date and Location

Bail fixed at $_____  by _____
                                     Name of Judicial Officer

| RETURN |
|--------|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

09/05/2007 11:00  14154367669    US MARSHALS SF                PAGE 04/04
09/05/2007 10:00  4154367621     SF ENFORCEMENT                PAGE 03/03

TOTAL P.003



FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

02 FEB 2  PM 12:54

GARY D. McFARLAND
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 16:38 FEB 21 02 USMSNE |
| Plaintiff, ) | 8:02CR |
| v. ) | **INDICTMENT** |
| CAROL A. FRAZIER, ) | (21 U.S.C. § 841(a)(1) |
| LOUIS A. CRITCHLOW, ) | 21 U.S.C. § 841(b)(1)) |
| Defendants. ) | **JUDGE BATAILLON** |
| | **MAGISTRATE JUDGE THALKEN** |

The Grand Jury charges:

COUNT I

On or about October 25, 2001, in the District of Nebraska, the Defendants, CAROL A. FRAZIER and LOUIS A. CRITCHLOW, did knowingly and intentionally possess with the intent to distribute more than 50 grams of methamphetamine, (actual) its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL

_____
FOREPERSON

_____
MICHAEL G. HEAVICAN
United States Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
KIMBERLY C. BUNJER
Special Assistant U.S. Attorney

I certify this to be a true copy of
the original record in my custody.
GARY D. McFARLAND, CLERK
By _____
       Deputy Clerk