**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 12, 2007

**FILED**
SEP 25 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office of the Clerk
111 S. 18th Plaza #1152
Omaha NE 68102

Case Name:   US-v-Carol Frasier
Case Number: 3-07-70524 MAG
Charges:     Possession with intent to distribute methamphetamine 21:841

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Elizabeth Laporte. The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( )   The defendant has a court appearance in your court on:

Enclosed are the following documents:
original Rule 40 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

**RECEIVED**
SEP 18 2007
CLERK
U.S. DISTRICT COURT
OMAHA

by: Lori Murray
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:
8:02CR49

Date: 9/18/07

CLERK, U.S. DISTRICT COURT
By: [signature]
Deputy Clerk